■ In the Matter of Louis P. Kaufman, a Suspended Attorney.—Application for reinstatement denied, with leave to renew upon submission of detailed affidavit as indicated in the order of this Court. Concur—Murphy, P. J., Sullivan, Ross, Kassal and Smith, JJ.